### Lucille CHAPMAN

v.

### WOONSOCKET HEALTH CENTER.

### No. 85–270–M.P.

Supreme Court of Rhode Island.

Aug. 2, 1985.

George E. Furtado, Lovett, Morgera, Schefrin & Gallogly, Ltd., Providence, for plaintiff.

Harold E. Adams, Higgins, Cavanagh & Cooney, Providence, for defendant.

## ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C.J., did not participate.